# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-06706 MMM (SSx) | Date | October 29, 2008 |

| | |
|---|---|
| Title | *IndyMac Bank, F.S.B. v. Skidmore et al.* |

| Present: The Honorable | MARGARET M. MORROW | |
|---|---|---|
| ANEL HUERTA | | N/A |
| Deputy Clerk | | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     **Order Advancing Briefing Schedule**

      On October 28, 2008, cross-defendant Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. filed a motion to dismiss defendant and cross-complainant Kip Skidmore's amended cross-complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) on the ground that the court lacks subject matter jurisdiction over the amended cross-complaint. The motion is currently scheduled for hearing on December 1, 2008. The court hereby advances the briefing schedule on cross-defendant's motion. Any opposition by cross-complainant must be filed no later than **November 10, 2008**. Any reply by cross-defendant must be filed no later than **November 17, 2008.** The court requests that the parties deliver a conformed courtesy copy to **chambers** in the **Roybal Building** by 12 noon on the day after filing.